RECEIVED

NOV 17 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stella Thomas

Plaintiff(s),

vs.

Wells Fargo Bank, N.A.
400 Highway 169 South
8th Floor
St. Louis Park, MN 55426

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit.  Please
attach additional sheets if necessary.)

20-cv-2346 ECT/DTS
Case No. _____
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES ✔  NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff

      Name                 **Stella Thomas**

      Street Address       **3939 Colfax Ave N**

      County, City         **Hennepin, Minneapolis**

      State & Zip Code     **MN, 55412**

      Telephone Number     **(952) 333-6549**

SCANNED
NOV 18 2020
U.S. DISTRICT COURT MPLS

2. List all defendants.  You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual.  Include the address

where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name                     **Wells Fargo Bank, N.A.**

Street Address       **400 Highway 169 South, 8th Floor**

County, City          **Hennepin, St. Louis Park**

State & Zip Code    **MN, 55426**

b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☑ Other (Please describe.)

**Unpaid overtime**

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

**Between 01/01/19 - 09/06/19**

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☑ Yes      Date filed: **12/04/2019**

b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

a.  ☑ Yes     If yes, please attach a copy of the letter to this complaint.

b.  ☐ No

## NATURE OF THE CASE

8.  The conduct complained of in this law suit involves (check only those that apply):

a.  ☐ Failure to hire me

b.  ☑ Termination of my employment

c.  ☑ Failure to promote me

d.  ☐ Failure to accommodate my disability

e.  ☑ Terms and conditions of employment differ from those of similar employees

f.  ☑ Retaliation

g.  ☐ Harassment

h.  ☐ Other conduct (please specify):

i.  Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☑ Yes   ☐ No

9.  I believe that I was discriminated against because of my (check all that apply):

a.  ☑ Race

b.  ☐ Religion

c.  ☑ National origin

4

d. ☐ Color

e. ☑ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☑ Yes ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

10. I was discriminated against based on my race and sex when other male and female white employees at Wells Fargo were hired for positions which they did not meet the minimum requirements while I was denied even the opportunity to interview for the open positions, although I was already performing the duties for the vacant positions.

11. Not only was I discriminated against based on my race and sex, I was retaliated against by Wells Fargo after complaining of the discriminatory hiring biases by being denied a promotion to an Operational Risk Consultant 3 position I had interviewed for and was a finalist.

12. After enduring domestic violence , I was falsely and wrongfully accused of fraudulent behavior by Wells Fargo. Despite having provided Wells Fargo with evidence that refuted the allegations and proved that I was a victim of domestic violence, I was terminated from my employment with Wells Fargo on September 6, 2019 for being a victim of domestic violence and in retaliation for complaining of discriminatory hiring practices and for previously filing a lawsuit against them.

13. I was denied overtime pay for several weeks despite being required to pick up additional responsibilities, and although I complained to HR about this, I never heard

back from anyone until after my employment had been terminated.

**The actions of Wells Fargo as set out in the previous paragraphs are contrary to law and constitute discrimination against me on the basis of my race, sex and national origin in violation of Title VII of the Civil Rights Act of 1964, as amended. 42 U.S.C. 2000e, et seq.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**As a direct and proximate result of Defendant's discriminatory and retaliatory treatment, I have suffered actual and consequential damages. Defendant's discriminatory practices have caused me injury, including, but not limited to, lost earnings (past and future), lost benefits, emotional pain and suffering, mental anguish, humiliation, embarrassment, loss of enjoyment of life, court costs, litigation expenses (including reasonable attorneys' fees) and other damages as will be proven at trial. I'm entitled to equitable relief and damages for Defendant's discriminatory practices as permitted under law.**

Date: 11|17|20                                    _____
                                                 Signature of Plaintiff

Mailing Address        **3939 Colfax Ave N**
                       **Minneapolis, MN 55412**

Telephone Number    **(952) 333-6549**

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

**REQUEST FOR RELIEF (Contd)**

Plaintiff requests that judgment be entered against Defendant as follows:

1. For a declaration that Defendant has discriminated against Plaintiff, that appropriate corrective and remedial actions be taken at Wells Fargo, and that there be public notices posted for extended periods advising the public of Wells Fargo's violations and what remedial steps have been taken to rectify the unlawful discrimination.

2. For a declaration that Plaintiff did not engage in banking fraud.

3. For Plaintiff's damages, including but not limited to, lost wages and benefits.

4. For Plaintiff's costs, disbursements and expenses.

5. For Plaintiff's attorney's fees.

6. For such other relief as the court deems just and equitable.